```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
                     Civil No.: 18-1675(DSD/KMM)
```

Kolleen LeShalle Norris,

       Plaintiff,

v.                                        **ORDER**

Warden Nanette Barnes,

       Defendant.

This matter is before the court upon the report and recommendation of Magistrate Judge Katherine Menendez, dated October 31, 2018 (R&R). The magistrate judge recommended that the court dismiss Kolleen LeShalle Norris' petition for a writ of habeas corpus under 28 U.S.C. § 2241. No objections to the R&R have been filed within the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 4] is adopted in its entirety; and

2. The petition for a writ of habeas corpus [ECF No. 1] is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 26, 2018

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court